In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00144-CV**

_____

**IN RE MICHAEL SCOTT NEIL**

═══════════════════════════════════════════════════════════

**Original Proceeding**

═══════════════════════════════════════════════════════════

**MEMORANDUM OPINION**

Relator, Michael Scott Neil, moves to enforce the writ of mandamus issued by this Court on March 18, 2013. *See In re Neil*, No. 09-13-00144-CV, 2013 Tex. App. LEXIS 4047, at *2 (Tex. App.—Beaumont Mar. 28, 2013, orig. proceeding). The writ compelled the performance of a duty imposed by law in connection with the holding of the May 2013 election of the Board of Trustees of the Beaumont Independent School District. *Id.*; *see* Tex. Elec. Code Ann. § 273.061 (West 2010); *see also In re Rodriguez* (*Rodriguez I*), 397 S.W.3d 817, 821-22 (Tex. App.—Beaumont 2013, orig. proceeding). As alternative relief, Neil requests that this

1

Court issue a new writ of mandamus in connection with the holding of an election in November 2013.

We addressed the identical issues and requests for relief in a separate opinion for a companion case. *See In re Rodriguez* (*Rodriguez II*), No. 09-13-00115-CV, 2013 Tex. App. LEXIS ____ (Tex. App.—Beaumont Aug. ___, 2013, orig. proceeding). As explained in *Rodriguez II*, our March 18, 2013 writ of mandamus related to an election that ultimately did not occur; additionally, a November 2013 election remains subject to on-going litigation in both federal and state courts. *Id.* For the same reasons stated in *Rodriguez II*, we refrain from exercising any mandamus authority and do not address the merits of the parties' claims at this time. *Id.* Accordingly we deny the motion to enforce and dismiss the mandamus petition without prejudice.

PETITION DISMISSED.

PER CURIAM

Submitted on July 19, 2013
Opinion Delivered August 1, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2